UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER IMELMANN,

    Plaintiff,                                                          Civil Action No. 12-cv-10671
                                                                             HON. BERNARD A. FRIEDMAN
vs.                                                                                MAG. JUDGE CHARLES BINDER

MICHIGAN DEPARTMENT OF
CORRECTIONS, H. WASHINGTON,
JACKSON COUNTY BOARD OF
COMMISSIONERS,

    Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

        This matter is before the Court on Magistrate Judge Charles Binder's Report and Recommendation ("R&R") dated May 16, 2012. Plaintiff has not filed an objection to the R&R pursuant to FED R. CIV. P. 72(b)(2).

        This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons. Accordingly,

        IT IS ORDERED that Magistrate Judge Charles Binder's Report and Recommendation dated May 16, 2012, is hereby accepted and adopted.

        IT IS FURTHER ORDERED that all claims against defendant H. Washington in his individual capacity are dismissed.

1

IT IS FURTHER ORDERED that plaintiff's motion for preliminary injunction is denied.

IT IS FURTHER ORDERED that plaintiff's claims for injunctive relief brought in the complaint are dismissed.

IT IS FURTHER ORDERED that the complaint be served on the remaining defendants.

Dated: June 19, 2012  S/Bernard A. Friedman_____
      Detroit, Michigan  BERNARD A. FRIEDMAN
                              UNITED STATES DISTRICT JUDGE