UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER IMELMANN,

        Plaintiff,                       Civil Action No. 12-cv-10671
                                               HON. BERNARD A. FRIEDMAN vs.
                                               MAG. JUDGE CHARLES BINDER

MICHIGAN DEPARTMENT OF
CORRECTIONS, H. WASHINGTON,
JACKSON COUNTY BOARD OF
COMMISSIONERS,

        Defendants.
_____/

**MEMORANDUM OPINION AND ORDER**

        This matter is before the Court on Magistrate Judge Charles Binder's Report and Recommendation ("R&R") dated November 30, 2012 [docket entry 24].  Plaintiff has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

        The Court had an opportunity to fully review this matter and believes that the Magistrate Judge reached the correct conclusions for the proper reasons.  Accordingly,

        IT IS ORDERED that Magistrate Judge Charles Binder's Report and Recommendation dated November 30, 2012, is hereby accepted and adopted.

        IT IS FURTHER ORDERED that the case is *sua sponte* dismissed for want of prosecution pursuant to Fed. R. Civ. P. 41(b).


Dated: January 4, 2013          __s/ Bernard A. Friedman_____
   Detroit, Michigan             BERNARD A. FRIEDMAN
                                    UNITED STATES DISTRICT JUDGE